COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:    01-19-00956-CV

Style:    Donald Young and Doris Young v. Dwayne R. Day, P.C. and Dwayne R. Day

Trial Court Case Number:    CV-0072910

Trial Court:    County Court at Law No 3 of Galveston County

Type of Motion:    Objection to Mediation

Party Filing Motion:    Appellee

      Appellee has objected to mediation. The Court's mediation order dated February 10, 2020 is withdrawn.

Judge's signature: /s/ Russell Lloyd
              Acting individually

Date:   March 5, 2020

---

\*    Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).